MINUTE ENTRY
MILAZZO, J.
MARCH 7, 2024

JS-10: 01:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: All Cases on the attached Lists | | |

### MINUTE ENTRY – SHOW CAUSE HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:      Sherry Adams
COURT REPORTER:    Toni Tusa
LAW CLERK:         Stephanie Wartelle

On March 7, 2024, the Court held a show cause hearing. Certain participants appeared in person: Palmer Lambert, Claire Kreider, and Betsy Barnes, for Plaintiffs; and Kelly Brilleaux, Julie Callsen, and Taryn Harper, for Defendants. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the cases listed on the attached Statement of No Defense List and Declaration of No Contact List are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the cases listed on the Dismissal List are **DISMISSED WITH PREJUDICE.**[1]

---

[1] The Court notes the following to clarify the record. At the March 7, 2024 Show Cause Hearing, counsel informed the Court that Plaintiff Linda Moore, no. 19-cv-13333, was already dismissed for failure to serve. The Court was later apprised that Plaintiff Debbie Moore, no. 19-cv-13488, was dismissed for

**IT IS FINALLY ORDERED** that Plaintiffs listed on the Partial Dismissal List shall have their claims dismissed with prejudice as to the listed Defendants.

_____

---

failure to serve, that Linda Moore was not in fact previously dismissed, and that Linda Moore (rather than Debbie Moore) should be allowed seven (7) days to cure the deficiencies in Product ID. Finally, as discussed on the record, Plaintiff Lara Della Rocca, no. 19-cv-00908, was previously dismissed for failure to serve.

| # | Last Name | First Name | MDL Docket No. | Defendant List | Plaintiff Counsel | Filed Date | Docket |
|---|---|---|---|---|---|---|---|
| 1 | Williams | Deketa | 2:17-cv-15832 | Sanofi | Andrews Thornton Higgins Razmara | 03/07/2022 | 13879 (Declaration of No Contact) |
| 2 | Coleman | Monica | 2:18-cv-04428 | Sanofi | Brent Coon & Associates | 10/04/2019 | 8318 (Declaration of No Contact) |
| 3 | Fosberg | Betty | 2:17-cv-13010 | Sanofi | Gomez Trial Attorneys | 02/23/2024 | 16815 (Declaration of No Contact) |
| 4 | Hazel | Dora | 2:17-cv-13695 | Sanofi | Gomez Trial Attorneys | 11/08/2022 | 15084 (Declaration of No Contact) |
| 5 | Jemison-Kelley | Debbie | 2:17-cv-14010 | Sanofi | Gomez Trial Attorneys | 11/03/2023 | 16534 (Declaration of No Contact) |
| 6 | Akerson | Deborah | 2:18-cv-05816 | Sanofi | Nachawati Law Group | 02/23/2024 | 16788 (Declaration of No Contact) |
| 7 | Bacon | Nartasha | 2:18-cv-09336 | Sanofi | Nachawati Law Group | 02/23/2024 | 16801 (Declaration of No Contact) |
| 8 | Brennan | Ernestine | 2:18-cv-10600 | Sanofi | Nachawati Law Group | 02/23/2024 | 16790 (Declaration of No Contact) |
| 9 | Ciske | Suzanne | 2:18-cv-13205 | Sanofi | Nachawati Law Group | 02/23/2024 | 16808 (Declaration of No Contact) |
| 10 | Cochran | Judi | 2:17-cv-17309 | Sanofi | Nachawati Law Group | 02/23/2024 | 16794 (Declaration of No Contact) |
| 11 | Cooksey | Mary | 2:19-cv-00017 | 505 | Nachawati Law Group | 11/10/2023 | 16544 (Statement of No Defense) |

| # | Last Name | First Name | MDL Docket No. | Defendant List | Plaintiff Counsel | Filed Date | Docket |
|---|---|---|---|---|---|---|---|
| 12 | Daniels | Vicki | 2:18-cv-08222 | Sanofi | Nachawati Law Group | 02/23/2024 | 16810 (Declaration of No Contact) |
| 13 | Fields | Monica | 2:21-cv-00011 | Sanofi | Nachawati Law Group | 02/23/2024 | 16800 (Declaration of No Contact) |
| 14 | Flook | Becky | 2:19-cv-07291 | Sanofi | Nachawati Law Group | 02/23/2024 | 16784 (Declaration of No Contact) |
| 15 | Funderburk | Sylvia | 2:18-cv-07900 | Sanofi | Nachawati Law Group | 02/23/2024 | 16809 (Declaration of No Contact) |
| 16 | Haynes | Reba | 2:17-cv-17499 | Sanofi | Nachawati Law Group | 02/23/2024 | 16806 (Declaration of No Contact) |
| 17 | Jackson | Pamela | 2:19-cv-00018 | Sanofi | Nachawati Law Group | 02/23/2024 | 16802 (Declaration of No Contact) |
| 18 | Johnson | Katherine | 2:18-cv-05355 | Sanofi | Nachawati Law Group | 02/23/2024 | 16796 (Declaration of No Contact) |
| 19 | Loye | Dedra | 2:18-cv-13607 | Sanofi | Nachawati Law Group | 02/23/2024 | 16789 (Declaration of No Contact) |
| 20 | Madden | Iris | 2:17-cv-17299 | Sanofi | Nachawati Law Group | 02/23/2024 | 16792 (Declaration of No Contact) |
| 21 | McIntosh | Cynthia | 2:18-cv-13176 | Sanofi | Nachawati Law Group | 02/23/2024 | 16787 (Declaration of No Contact) |
| 22 | Meyer | Katherine | 2:18-cv-11027 | Sanofi | Nachawati Law Group | 02/23/2024 | 16797 (Declaration of No Contact) |

| # | Last Name | First Name | MDL Docket No. | Defendant List | Plaintiff Counsel | Filed Date | Docket |
|---|---|---|---|---|---|---|---|
| 23 | Miller | Judith | 2:18-cv-13839 | Sanofi | Nachawati Law Group | 02/23/2024 | 16795 (Declaration of No Contact) |
| 24 | Morris | Cindy | 2:19-cv-14229 | Sanofi | Nachawati Law Group | 02/23/2024 | 16786 (Declaration of No Contact) |
| 25 | Nobles | Barbara | 2:18-cv-05675 | Sanofi | Nachawati Law Group | 02/22/2024 | 16783 (Declaration of No Contact) |
| 26 | Potter | Patsy | 2:19-cv-10866 | Sanofi | Nachawati Law Group | 02/23/2024 | 16804 (Declaration of No Contact) |
| 27 | Rivera | Patricia | 2:18-cv-13566 | Sanofi | Nachawati Law Group | 02/23/2024 | 16803 (Declaration of No Contact) |
| 28 | Rodgers | Polly | 2:18-cv-06473 | Sanofi | Nachawati Law Group | 02/23/2024 | 16805 (Declaration of No Contact) |
| 29 | Smith | Jeanne | 2:17-cv-17265 | Sanofi | Nachawati Law Group | 02/23/2024 | 16793 (Declaration of No Contact) |
| 30 | Smith | Tammy | 2:19-cv-14244 | 505 | Nachawati Law Group | 11/10/2023 | 16545 (Statement of No Defense) |
| 31 | Thompson | Faustina | 2:17-cv-17262 | Sanofi | Nachawati Law Group | 02/23/2024 | 16791 (Declaration of No Contact) |
| 32 | Tucker | Larena | 2:18-cv-13163 | Sanofi | Nachawati Law Group | 02/23/2024 | 16798 (Declaration of No Contact) |
| 33 | Vaughan | Wanda | 2:18-cv-13849 | Sanofi | Nachawati Law Group | 02/23/2024 | 16811 (Declaration of No Contact) |

Declarations/Statements/Dismissals - 3/7/24 Order to Show Cause Hearing

| # | Last Name | First Name | MDL Docket No. | Defendant List | Plaintiff Counsel | Filed Date | Docket |
|---|---|---|---|---|---|---|---|
| 34 | Wilkins | Brenda | 2:19-cv-10869 | Sanofi | Nachawati Law Group | 02/23/2024 | 16785 (Declaration of No Contact) |
| 35 | Woods | Laverne | 2:17-cv-17267 | Sanofi | Nachawati Law Group | 02/23/2024 | 16799 (Declaration of No Contact) |
| 36 | Wright | Sheena | 2:18-cv-13183 | Sanofi | Nachawati Law Group | 02/23/2024 | 16807 (Declaration of No Contact) |
| 37 | Gilmore | Kimberly Nicole | 2:19-cv-12390 | Sanofi | Reyes Law | 01/15/2020 | 9041 (Declaration of No Contact) |
| 38 | Conn | Beatrice | 2:17-cv-09897 | Sanofi | Simon Law | 02/23/2024 | 16824 (Declaration of No Contact) |

## **Dismissals**

| Number | Plaintiff Counsel | Plaintiff Name | MDL Case Number |
|---|---|---|---|
| 1 | Brent Coon & Assoc. | Lopes, Leigh | 17-cv-14143 |
| 2 | Law Offices of A. Craig Eiland | Wiggins, Sharon | 17-cv- 15938 |
| 3 | Morris Bart | Carpenter, Shonna | 18-cv-05650 |
| 4 | Gardi & Haught | Goglia, Kimberly | 21-cv-00083 |
| 5 | Gardi & Haught | Martinez, Joanne | 21-cv-00072 |
| 6 | Bachus & Schanker | Schulze, Yolanda | 19-cv-13436 |
| 7 | Bachus & Schanker | Lieberman, Erica | 17-cv-03729 |

## Partial Dismissals

| Number | Plaintiff Counsel | Plaintiff Name | MDL Case Number | Claims Dismissed |
|---|---|---|---|---|
| 1 | Lowe Law Group | Lewis, Nancy | 17-cv-08904 | Claims as to Sanofi dismissed |
| 2 | Bachus & Schanker | Schlesna, Leona | 18-cv-02943 | Claims as to Hospira dismissed |